Richard TRICE, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 01–5026.

United States Court of Appeals,
Federal Circuit.

DECIDED: May 10, 2001.

ORDER

Appellant having paid the required filing fee for one appeal, it is ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the notice of appeal for 01–5026 is REINSTATED.

Appeals 01–5026 and 01–5060 are hereby deconsolidated.

Appellee should compute the due date for filing its brief from the date of filing of this order.